UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE LUIS BARRETO-MEJIA,

                          Petitioner,

          - against -

MARK ROYCE,

                          Respondent.

20 Civ. 2442 (CS) (AEK)

**ORDER**

---

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

*Pro Se* Petitioner Jose Luis Barreto-Mejia ("Petitioner") submitted a letter dated May 5, 2021, plus several exhibits thereto, in connection with his petition for a writ of habeas corpus which is pending before this Court. Because Petitioner's prosecution involved charges of sex crimes against child victims, and the identities of the victims must remain confidential in accordance with Section 50-b of the New York Civil Rights Law, N.Y. Civ. Rts. Law § 50-b, the Court respectfully directs the Clerk of Court to file the letter and exhibits under seal.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Petitioner.

Dated: March 18, 2026
          White Plains, New York

                          **SO ORDERED.**

                          ANDREW E. KRAUSE
                          United States Magistrate Judge