**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JOSE LUIS BARRETO-MEJIA,

       Petitioner,      20 **CIVIL** 2442 (CS)(AEK)

   -against-         **JUDGMENT**

MARK ROYCE,

       Respondent.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsement dated April 22, 2026, the Court adopts the Report & Recommendation as the decision of the Court. The Petition is dismissed. As it presents no issues of substance for appellate review, a certificate of appealability will not issue; accordingly, the case is closed.

**Dated:** New York, New York
   April 23, 2026

           **TAMMI M. HELLWIG**
           _____
            **Clerk of Court**

      **BY:** _____
           **Deputy Clerk**